AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>WAYNE EARL JENKINS<br><br>*Defendant* | )<br>)  Case No. 17-0106<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    WAYNE EARL JENKINS,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy, 18 U.S.C. § 1962(d)
RICO, 18 U.S.C. § 1962(c)
Aiding and Abetting, 18 U.S.C. § 2

Date: 2-23-17

*Issuing officer's signature*

City and state:    Baltimore, Maryland

Beth P. Gesner, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3-1-17, and the person was arrested on *(date)* 3-1-17
at *(city and state)* Baltimore, MD.

Date: 3-1-17

*Arresting officer's signature*

Steven Quisenberry, Special Agent
*Printed name and title*
FBI