UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

May 9, 2018

MEMORANDUM TO COUNSEL

Re: *United States v. Momodu Bondeva Kenton Gondo, et al.*
Criminal Action No. CCB-17-0106

Dear Counsel:

This will confirm the results of our telephone conference call today setting the sentencing hearings as follows:

| | | |
|---|---|---|
| Wayne Jenkins | June 7, 2018 | 10:00 a.m. |
| Marcus Taylor | June 7, 2018 | 2:30 p.m. |
| Evodio Hendrix | June 8, 2018 | 11:00 a.m. |
| Maurice Ward | June 8, 2018 | 2:00 p.m. |
| Daniel Hersl | June 20, 2018 | 2:30 p.m. |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge