CASE 1:17-cr-00106-CCB  Document   Filed USDC on   /   /2020 page 1 of 4 pages

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

BALTIMORE DIVISION

WAYNE EARL JENKINS,

Case No 17 CR 106

        Pro Se Petitioner,

Versus

                           EXCEPTION SHOW CAUSE ORDER
                                BY PRO SE DEFENDANT

UNITED STATES OF AMERICA,

        Plaintiff/Respondent.

COMES NOW, Wayne Earl Jenkins, Defendant in Pro Se Capacity to submit
an exception and moves this Honorable Court for Leave to Supplement Pro Se
Compassionate Release Motion.


On August 11, 2020, the Court docketed a pro se motion for compassionate release.
August 08, 2020 Entry of Appearance of Assistant United States Attorney Patrick G.
Selwood as counsel for the United States of America in the instant action indicated as
Document 584  Certificate of Service specifying August 25, 2020 served on counsel of
record.
September 9, 2020 the Federal Public Defenders Office submitted notice it would not be
supplementing pro se motion by virtue of letter to Court Hon. Catherine C. Blake.

- 1 -

CASE 1:17-cr-00106-CCB Document   Filed USDC on   /   /2020 page 2 of 4  pages

And on September 11, 2020 Defendant is apprised of Federal Public Defender  Shari Silver Derrow  (Assistant Federal Public Defender)  [ "having reviewed your case, and unfortunately, my office will not be representing you in this matter.  I have notified the Court that my office will not be supplementing your motion, so that it will proceed on your pro se filing."]

Therefrom, on September 14, 2020 a Show Cause Order directing "The United States Attorney SHALL RESPOND to the motion for compassionate release within 30 days of the date of this Order".  …  "The Clerk SHALL SEND a copy of this Order to Jenkins and counsel of record".

Supplement date is 08-22-2020 and defendant must take exception wherein  counsel of assignment or choice had not been resolved sufficiently as to Wayne Earl Jenkins, whereas supplement fairly was appropriate absent non-lodgement, respectfully leave is sought to allow supplement in this action and affect to show cause order presently rendered.

First the Federal Public Defender Office is appointed to review all motion  for compassionate release and to supplement those motions when (THEY) believe it is appropriate to do so.

However, it was Defendant providing Supplement of Motion for Lodgement, which Federal Public Defender negated to provide the Court, by intent, pursuant a cognitive bias; OPR Complaint to follow for Professional Misconduct in feciscous retaliation.

CASE 1:17-cr-00106-CCB  document  Filed USDC on   /  /2020 page 3 of 4  pages

Second,all  procedural context to lodgement related to this instant proceeding are negating 3 day grace period of mails to pro se defendant.   Or Local Rule 103. 9 . b) discussion.

WHEREFORE, it is prayed that leave be granted for pro se supplement to motion, that has no negative affect or prejudicial context upon any party to these proceedings. And is in accordance with Federal Rules of Criminal Procedure and Local Court Rules for the Maryland U.S. District Court. Fed. R. Crim. P. Rule 44;  Local Rule 103.  9. b); and Fed.R.Civ.P. Rule 5 (a) and 16 et seq.


RESPECTFULLY SUBMITTED,


MR. WAYNE EARL JENKINS

CASE 1:17-cr-00106-CCB Document   Filed USDC on   /  /2020   page 4 of 4 pages

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

WAYNE EARL JENKINS,

                                     Case No. 17 CR 106

           Pro Se Petitioner,

V.

                                 CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

           Plaintiff/Respondent.

I, Wayne Earl Jenkins, declare and state pursuant to Title 28 U.S.C. Section 1746 that I placed in the FCI Edgefield Special Housing Unit Legal Mail Deposit an original and 3 copies of the following properly addressed and affixed with First Class U.S. Postal Mail Postages as is setforth: EXCEPTION SHOW CAUSE ORDER BY PRO SE DEFENDANT with this Certificate of Service.

And addressed to these specified with set amounts of Original and true and correct copies:

[Original & 2 True & Correct Copies];       {1 True & Correct Copy];

Office of the Clerk USDC MD            U.S. Attorney Office MD

101 West Lombard Street               Patrick G. Selwood AUSA

Baltimore,  Maryland                  36 South Charles Street

               21201                Fourth Floor

                                      Baltimore,  Maryland   21201

The above is true and correct.  Signed under the pains and penalties of perjury.

EXECUTED ON 30 DAY OF Sept , 2020. *Mr. Wayne Earl Jenkins*

                                           MR. WAYNE EARL JENKINS