# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Crim. Nos. CCB-17-106; CCB-17-638 |
| | * |
| WAYNE EARL JENKINS | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered Mr. Jenkins's motion to supplement his motion for compassionate release (No. CCB-17-106, ECF 608), it is hereby ORDERED:

The motion is GRANTED. Mr. Jenkins's proposed supplement (No. CCB-17-106, ECF 606) will supplement his motion for compassionate release (No. CCB-17-106, ECF 576). The government filed its opposition to Mr. Jenkins's motion on October 16, 2020 (No. CCB-17-106, ECF 610). Accordingly, and consistent with the court's order directing the government to respond to Jenkins's motion for compassionate release (No. CCB-17-638, ECF 30), any reply by Jenkins is due on or before November 16, 2020.

| | |
|---|---|
|   10/19/20 | /S/ |
| Date | Catherine C. Blake |
| | United States District Judge |