1  Wayne Earl Jenkins  Pro Se
   Federal Correctional Institution Edgefield
2  Post Office Box 725
   Edgefield, South Carolina
3  29824-0725



4  IN THE UNITED STATES DICTRICT COURT

5  FOR THE DISTRICT OF MARYLAND

6  UNITE STATES OF AMERICA,                Case No.: 17-CR-106

7

8  vs.                                     AFFIDAVIT OF WAYNE EARL JENKINS
                                           IN SUPPORT OF DEFENDANT'S PRO SE
9  WAYNE EARL JENKINS,                     REPLY

10         Pro Se Defendant

15         Being of sound mind I, Wayne Earl Jenkins, hereby declare and state, having been duly depsosed
16  As setforth herein to be true, accurate, certain, and true:

18  1.  Defendant is over 18 years of age;
19  2.  Defendant is being held inside Special Housing Unit without allowance for movement nor periods
20      involving any meaningful recreation or program activities;
21  3.  As of September 15, 2020 I have been suffering from Medical Ailment with need for medical
22      Treatment and care: Asthma (Albuterol Inhalation Aerosol and Mometasone Inhalation Powder).
23      See Exhibit "A" to this Afffidavit;
24  4.  Placement in Special Housing Unit following an attack by several prisoners around March of 2020, and
25      confined inside a SHU cell 24 hours 7 days per week minus 3 recreation periods or law library usage
26      on extremely limited access, require Defendant to remain exposed to Mold Infected Cells designated
27      for the disabled, current status as to disability pursuant to wheelchair as required by surgical procedure
28      creating an asthma medical diagnosis and need for asthma medications;

REPLY - 1

5. Stated condition as to current health status per asthmatic, did not become known by BOP Medical or Defendant Prior to September 15, 2020 therabout;
6. Defendant hereby believes in good faith Asthma fully is within ambit of the Care Act contrary of Government's Oppositional recourse claiming otherwise inaccurately unknowingly and uncertainly, And incorrectly.

WHEREAS, the above being certain, accurate, true, and correct. I Wayne Earl Jenkins having been duly deposed, state all of the above to be true and correct. Signed under the pains and penalties of perjury.

EXECUTED ON 22 Day of October, 2020. _M. Wayne Earl Jenkins_

MR. WAYNE EARL JENKINS

The above appeared before me _____, SS

SS EDGEFIELD SOUTH CAROLINA - STAMPED BELOW _____ COUNTY

_____ SS

Notary Public or Title 18 Stamp Signature

_Midgette_ Case Manager
AUTHORIZED BY THE ACT OF
JULY 27, 1955 TO ADMINISTER
OATHS (18 USC ...

Any witness: _Dustin Watson_ DUSTIN WATSON

Distributed under Separate Cover to Defendant's Reply

REPLY - 2