UNITED STATES DISTRICT COURT
District of Maryland

| United States | November 6, 2020 |
| V. | |
| Wayne Earl Jenkins | Case No. CCB-1-17-CR-0-106-003 CCB-1-17-CR-00 |

— Notice/Statement —
of Christopher Vigil-10603-091.

I Christopher Vigil would volunteer to testify under oath about Wyane Jenkins charactor, and the events of Febuary 20, 2020, where Mr. Jenkins took life saving messaures to save my life by peforming CPR, I can also produce documentry evidence "medical-records", also C.O. Parker at F.C.I Edgefield has informed me he would also testify if called as he has watched, saved, and preserved video footage of this event. C.O. Parker would also be willing to testify to the charactor of Mr. Jenkins as he personally has got to know Mr. Jenkins over time.

Many inmates talk about women, drugs, and money. Not Mr. Jenkins he speaks of faith, Re-hibilitation efforts, and Family his wife Kristy,

pg. 1 of 2

and there son's. I hope this gives brief insight to Wayne Jenkins Charactor. And I hope this court would call me to testify if needed to the events of Febuary 20, 2020 in Question, or as to the Charactor of Mr. Wayne Jenkins.

Respectfully Submitted,
*[signature]* 11-6-20

Wayne Jenkins
62908-037
Federal Correction Institution
Edgefield, S.C., 29824
P.O. Box 725

AUGUSTA GA 309

FILED ENTERED
12 NOV 2020 RECEIVED

NOV 17 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

U.S Federal Courthouse
Court Clerk
101 West Lombard St rm 4415
Baltimore MD 21201=3629