# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> WAYNE EARL JENKINS | Civil Action No. CCB-17-0106 |

## ORDER

Wayne Jenkins has filed a motion (ECF 751) seeking to rescind the Amended Judgment (ECF 719) issued October 13, 2021, as it relates to restitution, which was ordered in August 2021 (ECF 711). The government is directed to file a response no later than September 9, 2022.

A copy of this Order shall be sent to Wayne Jenkins and to AUSA Leo Wise and AUSA Patrick Selwood.

So **Ordered** this 13th day July, 2022.

/s/
_____
Catherine C. Blake
United States District Judge