UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,
   Plaintiff-Respondent,

v.

WAYNE EARL JENKINS,
   Defendant-Movant.

Case No. CCB-17-106/CCB-17-638

FILED ___ ENTERED
___ LOGGED ___ RECEIVED
DEC 13 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## DEFENDANT'S MOTION OF WITHDRAWAL FOR COMPASSIONATE RELEASE UNDER § 3582

COMES NOW, Wayne Earl Jenkins, pro se Defendant, and respectfully submits this request for the Court to withdraw his previous Motion for Compassionate Release Under § 3582 without prejudice.

The previous submitted Motion for Compassionate Release Under § 3582 was submitted in error. After proper legal advice and discovery of new information not available at the time of original submission, Jenkins moves this Court to withdraw his Motion for Compassionate Release Under § 3582 without prejudice.

Date: November 28, 2023

Respectfully Submitted,

_____
Wayne Earl Jenkins
Pro Se

## CERTIFICATE OF SERVICE

I, Wayne Earl Jenkins, declare under penalty of perjury and under the Federal Mailbox Rule, that I filed this motion by placing a true and correct copy into the Institutional Mail System, pre-paid USPS First Class, addressed to the Clerk of the U.S. District Court for the District of Maryland, U.S. Courthouse, 101 West Lombard Street, Baltimore MD.

_____
Wayne Earl Jenkins
Reg. No. 62928-037