UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

V.                                              Case Nos. GLR-17-0106
                                                          GLR-17-0638
WAYNE EARL JENKINS

## MOTION TO COMPEL GOVERNMENT

Comes Now, Defendant Wayne Earl Jenkins, pro se, before this Honorable Court, with this Motion to Compel the United States to provide all 302 Witness Statements that were never provided. Jenkins contends that the FBI or USAO or any Government Agencies has refused to produce, without justification, the 302 Statements of all witnesses interviewed. Jenkins has previously requested "all interview reports that contain substantive information relating to his case and/or criminal prosecution."

Defendant Jenkins, presents this motion as a reply this Court's Order of June 25, 2024 in response to Jenkins previous request to direct the court to order the FBI, USAO and any other governmental enties to search for and produce and any of the requested interview reports that were created or existed.

The Order suggests the Government responded to the Court by saying they already have complied, that is simply not factual.  If the government continues to make this contention, then defendant Jenkins, asks the Court for the Government to offer proof that documentation of 302's and other discovery was provided to the defendant during his pretrial proceedings, before he made a decision to plead guilty.

Defendant Jenkins, was never afforded an opportunity to review these documents, and today is simply asking this Court to right the wrongful acts that occurred, by ushering him off to a plea deal without allowing him the opportunity to review these documents, which could contain substantive information relative to Jenkins very prosecution.

In addition another matter Mr.. Jenkins makes inquiry about is several certified letters were sent to this District Court, after weeks, and in one case months, for these documents to be signed for and received by the Court. A family member had several discussions with the Court Administrator's office on this matter, who conceded they were having issues receiving certified letters, and that they were investigating the matter. It is also rather peculiar that defendant Jenkins documents, have never been docketed after finally being received, even the motion filed on this matter does not appear on defendants docket sheet.

Defendant Jenkins respectfully asks this Court to issue an order relative to this motion.

Respectfully submitted to this Court,

Wayne Earl Jenkins

*Wayne Earl Jenkins* 9/11/24

Attached copy of Motion (Enclosed)