UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Case No.s 1:17-cr-00106-GLR
and 1:17-cr-00638-GLR

UNITED STATES OF AMERICA

V.

WAYNE EARL JENKINS

## MOTION FOR EXTENSION OF TIME
## TO REPLY TO GOVERNMENTS OPPOSITION

Wayne earl Jenkins has retained Counsel, and will be having a legal call with Counsel soon, but has not met with counsel on this motion as of this time and requests a 90 day extension of time to reply to the U.S. Governments Opposition (Case No. 17-638, ECF no.53/Case No. 17-106 ECF no. 880).

For the reason newly retained Counsel will need time to reply to this Opposition from the Government, Mr. Jenkins asks this court to respectfully grant this extension in order for Counsel to reply.

Respectfully submitted,

Wayne Earl Jenkins

### Certificate of Service

I, Wayne Earl Jenkins, swear under penalty of perjury I deposited and mailed this Motion by "certified mail" and sent through the U.S. Mail through the Prison Mail Room.

Wayne Earl Jenkins                    Date_____1/16/25_____

APPROVED this 28th day of January 2025.
Defendant's reply due on or before April 28, 2025.

U.S. District Chief Judge George L. Russell, III