

USDC - BALTIMORE
'25 NOV 13 AM11:48

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

WAYNE EARL JENKINS

\* 

\*      Case Nos.   GLR-17-0106

\*                    GLR-17-0638

\*

\*\*\*\*\*\*

## ORDER

Pending before the Court is Defendant Wayne Earl Jenkins' *pro se* Motion for Relief from Order Related to Discovery Materials Pursuant to Rule 60 (Case No. 17-0106 ECF No. 929/Case No. 17-0638 ECF No. 61). The motion is ripe for disposition. No hearing is necessary. For the reasons stated in the opposition (Case No. 17-0106 ECF No. 936/Case No. 17-0638 ECF No. 64), the Defendant has failed to demonstrate "good cause" under Rule 6(a) of the Rules Governing Section 2255 Proceedings. Further, the Defendant has failed to demonstrate that any of the documents he seeks would support § 2255 relief.

As a result, for these reasons including those stated in the opposition, the motion will be DENIED.

__11/13/2025_____
Date

_____
George Levi Russell, III
United States Chief District Judge