# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

      vs.

WAYNE EARL JENKINS

\*

\*

\*

\*\*\*\*\*\*

Case No.    GLR-17-0106

## ORDER

Pending before the Court is Defendant Wayne Jenkins' Motion to Reopen and for Reconsideration of Restitution (ECF No. 751). The motion is ripe for disposition. The Government has filed an opposition to the Defendant's motion (ECF No. 757). The gravamen of the Defendant's motion is contesting the Court's Amended Judgment (ECF No. 719) imposing restitution. In his motion, the Defendant asserts that he never received notice of the Government's Motion for Restitution Orders dated May 28, 2019 (ECF No. 500). Not only is the Defendant's restitution order final, but the circumstances surrounding its imposition were such that the Defendant was well aware that restitution was being sought and chose not to pursue such a claim. Further, the Defendant's self-serving assertions of a lack of notice are insufficient to persuade this Court he is entitled to the relief he requests.

As a result, for these reasons including those stated in the opposition, the motion will be **DENIED**.

_11/14/2025_____
Date

_____
George Levi Russell, III
United States Chief District Judge