## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

WAYNE EARL JENKINS,            *

      Petitioner,           *

   v.                     *   **Criminal Docket Nos.: GLR-17-0106**
                                            **GLR-17-0638**

UNITED STATES OF AMERICA,    *   **(Related Civil Action Nos.: GLR-26-1751**
                                             **GLR-26-1752)**

      Respondent.         *
                         ***

## AMENDED ORDER

A Motion to Vacate, Set Aside, or Correct Sentence was received by the Clerk of Court for filing on May 1, 2026. (ECF No. 953 in GLR-17-0106; ECF No. 70 in GLR-17-0638). The Government shall file a response to the Motion to Vacate. Accordingly, it is this ___5th___ day of May 2026, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. The Government **SHALL RESPOND** to the Motion to Vacate on or before Wednesday, June 3, 2026; and,

2. Petitioner **MAY FILE ANY REPLY** to the Government's response on or before Monday, July 6, 2026; and,

3. The Government's response and any Petitioner reply **SHALL BE DOCKETED** electronically in the criminal cases noted above and, unless otherwise directed, nothing further should be filed in the civil cases except the dispositions; and,

4. Petitioner **SHALL NOTIFY** the Court and the Government of any change of address; and,

5. The Clerk **SHALL PROVIDE** a copy of this Order to Petitioner and **SHALL PROVIDE** both a copy of this Amended Order and a copy of Petitioner's Motion to Vacate with all attachments to the United States Attorney's Office.

                                        _____
                                        George L. Russell, III
                                        United States District Chief Judge