IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES                          *

   v.                                 *          Case No. GLR-17-106

WAYNE JENKINS                          *

    *     *     *     *     *     *     *     *     *     *

UNOPPOSED MOTION TO ACCESS SEALED MATERIALS

Counsel for Wayne Jenkins, C. Justin Brown, hereby moves this Court to issue an Order granting him access to sealed case materials. In support of this Motion, counsel states the following:

1.     Counsel was appointed, pursuant to the Criminal Justice Act, to represent Jenkins in relation to his Motion to Vacate pursuant to 28 U.S.C. § 2255.

2.     In order to represent Jenkins, counsel must have access to certain sealed case filings, specifically ECF Documents 952, 953 and 961.

3.     The Government, through AUSA Tracy Suhr, does not object to this request.

WHEREFORE, counsel for Wayne Jenkins requests that this Court GRANT this Motion and give counsel access to sealed ECF Documents 952, 953 and 961.


Respectfully submitted,

_____/s/_____
C. Justin Brown
233 E. Redwood St., Suite 1000C
Baltimore, MD 21202
Tel: (410) 244-5444
Fax: (410) 934-3208
brown@cjbrownlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served, on June 1, 2026, to all parties
of record through CM/ECF.

_____/s/_____
C. Justin Brown